UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Jeffrey Joseph

    v.                          Civil No. 11-cv-112-PB

Easter Seals of New Hampshire


ORDER

    Re: Document No. 12, Motion to Amend the Joint Discovery plan and continue trial

    Ruling:

    The discovery plan (doc. no. 8) approved by the court on May 3, 2011, contemplated both joinder and an amended complaint. In plaintiff's motion for leave to file (doc. no. 11), plaintiff asserts that Easter Seals has been aware of the additional claims and parties "since April" (presumably of 2011). The court is not inclined to continue the trial without further information. To that end, the court is scheduling a telephone conference to occur on November 28, 2011, at 10:00 a.m., so that counsel can address with the court the necessity of a continuance. The court will initiate the telephone call.

Date: November 22, 2011               /s/ Landya B. McCafferty
                                                 Landya B. McCafferty
                                                 US District Magistrate Judge

cc: Counsel of Record